■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS PORTER, Appellant.— Judgment insofar as it imposes sentence unanimously reversed on the law and otherwise affirmed and case remitted to Erie County Court for resentence. Memorandum: We find that there was an understanding acceptance and consent by the defendant to the plea of guilty to a violation of probation entered on his behalf by his attorney. However the sentence of one year in the Erie County Penitentiary was not an authorized disposition, upon a misdemeanor conviction, under section 60.15 of the Penal Law and a sentence in conformance therewith should be imposed. (Appeal from judgment

of Erie County Court convicting defendant of violation of probation.) Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Moule, JJ.